[No. 4839-1.    Division One.    December 29, 1976.]

*In the Matter of the Welfare of* SHARI A. ANDERSON.

Certiorari to review a judgment of the Superior Court for King County, No. J-68884, Janice Niemi, J., entered June 11, 1976. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Swanson, JJ.

[No. 1951-2.    Division Two.    December 29, 1976.]

KAREN GIBBONS, *Appellant*, v. ROBERT GIBBONS, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 61241, John W. Schumacher, J., entered May 29, 1975. *Reversed* by unpublished per curiam opinion.

[No. 2183-2.    Division Two.    December 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN A. GALANDA, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4334, Tyler C. Moffett, J., entered December 12, 1975. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 3540-1.    Division One.    December 30, 1976.]

GAY JOHNSON, *as Administratrix, Appellant*, v. JOSEPH ANTHONY SPANO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 775559, Lloyd W. Bever, J., entered January 2, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Swanson, J.

[No. 3550-1.    Division One.    December 30, 1976.]

MICHELLE DUNBAR, *Respondent*, v. PACIFIC NORTHWEST BELL COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 763805, Solie M. Ringold, J., entered January 8, 1975. *Reversed* by unpublished per curiam opinion.